FUGITIVE

# U.S. District Court
# District of New Mexico - Version 6.2.2 (Las Cruces)
# CRIMINAL DOCKET FOR CASE #: 2:19-cr-01715-RB-1 *SEALED*
# Internal Use Only

Case title: USA v. Benvie

Date Filed: 06/19/2019

Assigned to: Sr. District Judge Robert C. Brack

**Defendant (1)**

**James Christopher Benvie**

| **Pending Counts** | **Disposition** |
|---|---|
| 18:912 FALSE PERSONATION OF AN OFFICER OR EMPLOYEE OF THE UNITED STATES (1-2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by **Randy M Castellano**
United States Attorney's Office
Criminal
200 North Church Street
Las Cruces, NM 88001

575-522-2304

Fax: 575-522-2391

Email: randy.castellano@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Renee L Camacho**
United States Attorney's Office
200 N. Church Street
Las Cruces, NM 88001
575-522-2304
Fax: 575-522-2391
Email: renee.camacho@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/19/2019 | 1 | **[SEALED CASE]** PLEASE TAKE NOTICE that this case has been assigned to Sr. District Judge Robert C. Brack.<br><br>The first page of each document must have the case file number and initials of the assigned judge. *Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.* Kindly reflect this change in your filings. [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (kls) (Entered: 06/20/2019) |
| 06/19/2019 | 2 | **[SEALED CASE] [COURT ONLY]** (Court only) INDICTMENT as to James Christopher Benvie (1) count(s) 1-2. (kls) (Entered: 06/21/2019) |
| 06/19/2019 | 3 | **[SEALED CASE]** REDACTED INDICTMENT as to James Christopher Benvie (1) count(s) 1-2. (kls) (Entered: 06/21/2019) |
| 06/19/2019 | 4 | **[SEALED CASE] [APPLICABLE PARTY]** ARREST Warrant Issued as to James Christopher Benvie. Original ARREST Warrant with AO 442 Page 2 and one certified copy of Indictment hand-delivered to USMS by CRD K. Solis. (kls) (Entered: 06/21/2019) |
| 06/19/2019 |  | **[SEALED CASE] [COURT ONLY]** (Court only) ***FUGITIVE flag set as to James Christopher Benvie. (kls) (Entered: 06/21/2019) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2019 JUN 19 PM 3: 14

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19CR1715 RB |
| ) | |
| vs. ) | Counts 1 and 2: 18 U.S.C. § 912: False |
| ) | Personation of an Officer or Employee of |
| **JAMES CHRISTOPHER BENVIE**, ) | the United States. |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about April 15, 2019, in Doña Ana County, in the District of New Mexico, the defendant, **JAMES CHRISTOPHER BENVIE**, falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any department and agency thereof, that is, an Agent of the United States Border Patrol, and, in such assumed and pretended character, acted as such.

In violation of 18 U.S.C. § 912.

Count 2

On or about April 17, 2019, in Doña Ana County, in the District of New Mexico, the defendant, **JAMES CHRISTOPHER BENVIE**, falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any department and agency thereof, that is, an Agent of the United States Border Patrol, and, in such assumed and pretended character, acted as such.

In violation of 18 U.S.C. § 912.

A TRUE BILL:

*/s/*
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
RCW
6/14/2019 3:08 PM

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES CHRISTOPHER BENVIE | ) Case No. 19-CR-1715 RB | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES CHRISTOPHER BENVIE
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2: 18 U.S.C. § 912: False Personation of an Officer or Employee of the United States.

Date: 06/19/2019

*Issuing officer's signature*

Mitchell R. Elfers
Clerk of Court

City and state: Las Cruces, New Mexico

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*