# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER:  M-19-333-STE |
| ) | |
| JAMES CHRISTOPHER BENVIE, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, James Christopher Benvie.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.


 June 21, 2019                        s/ William P. Earley
                                      WILLIAM P. EARLEY
                                      ASSISTANT FEDERAL PUBLIC DEFENDER
                                      Oklahoma Bar Number: 11293
                                      FEDERAL PUBLIC DEFENDER ORGANIZATION
                                      WESTERN DISTRICT OF OKLAHOMA
                                      215 Dean A. McGee   Suite 109
                                      Oklahoma City, Oklahoma 73102
                                      Telephone: 405-609-5930
                                      Telefacsimile: 405-609-5932
                                      Electronic Mail: William_Earley@fd.org
                                      Counsel for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on June 21, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the David Petermann, Assistant United States Attorney.

                                              s/ William P. Earley
                                              WILLIAM P. EARLEY