# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) Case Number: **M-19-333-STE** |
| | ) |
| JAMES CHRISTOPHER BENVIE | ) Charging District: **District of New Mexico** |
| Defendant | ) Charging District's Case Number: **CR-19-1715-RB** |

## WAIVER OF RULE 5 and 5.1 HEARINGS
### ( Complaint or Indictment )

I understand that I have been charged in another district:
the ( *name of other court* ) District of New Mexico.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise-- unless I am indicted--to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing.
☐ production of the warrant.
☐ a preliminary hearing.
☐ a detention hearing.

I request that the following hearing(s) be held in the prosecuting district, at a time set by that court.

☐ a preliminary hearing.
☐ a detention hearing.

I realize that the detention hearing in the prosecuting district may not occur within the three and five day time limits, set forth in the Bail Reform Act, but I request the Court to find good cause to exceed those time limits if it takes the Marshal more time to transport me to the prosecuting district, as I want the hearing to be held in the prosecuting district.

_6-21-19_
Date

_/s/ [signature]_
Defendant

_/s/ [signature]_
Attorney for Defendant

SR-01-2016