# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>VS. )<br><br><br>**JAMES CHRISTOPHER BENVIE**<br>Defendant | **ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT TO**<br>**BAIL REFORM ACT**<br><br>Case Number: **M-19-333-STE**<br><br>Charging District: **District of New Mexico** |

Upon Motion of the:  Charging District's Case Number: **CR-19-1715-RB**

☒ Government and request for continuance by Government.

☐ Government and request for continuance by Defendant.

☐ Government and request for continuance by both Government and Defendant.

it is **ORDERED**
that a detention hearing is set for _____ Tuesday, June 25, 2019 at 1:30 p.m. _____
                                                                    Date                  Time

before _____ UNITED STATES MAGISTRATE JUDGE SHON T. ERWIN _____

_____ U.S. Courthouse, 200 N.W. 4th Street, Courtroom 103 _____, Oklahoma City, Oklahoma 73102 _____

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) ( _____

_____ ) and produced for the hearing.
Other Custodial Official

Friday, June 21, 2019                                                  *[signature]*
Date                                                                            SHON T. ERWIN
                                                                                    UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

SR-01-2016