# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JAMES CHRISTOPHER BENVIE<br><br>*IN CUSTODY* | NOTICE<br><br><br><br>CASE NO. M-19-333-STE |

TYPE OF CASE:
☐ CIVIL   ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 103** |
| | DATE AND TIME: |
| | **Tuesday, June 25, 2019, at 1:30 p.m.** |

TYPE OF PROCEEDING:

**DETENTION HEARING**

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

                                                                          **SHON T. ERWIN**
                                                                          U.S. MAGISTRATE JUDGE

**June 21, 2019**                                       **s/Raven McDaniel**
Date                                                              (By) Deputy Clerk