# CRIMINAL COURTROOM MINUTE SHEET
## DETENTION HEARING

**DATE:** Jun 25, 2019     **CASE:** M-19-333-STE

**TIME IN COURT:** 2.5 hours     **COURTROOM:** 401

**MAGISTRATE JUDGE SHON T ERWIN**     **COURTROOM DEPUTY D WAYNE LEE**

**UNITED STATES OF AMERICA vs. JAMES CHRISTOPHER BENVIE**

Defendant States true and correct name as: _____    **AGE:** ___

**Government Cnsl:** David Petermann     **Defendant Cnsl:** Bill Earley

**U.S. Probation Officer:** _____

☒ Defendant Appears, custody of U.S. Marshal with Counsel    **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☐ Parties announce ready.    ☐ Parties provided with a _____

### WITNESSES FOR GOVERNMENT
1. SA SHANDON DEVESTEY
2. 
3. 

### WITNESSES FOR DEFENDANT
1. 
2. 
3. 

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives right to detention hearing. Waiver of Detention Hearing and Consent to Order of Detention pending further proceedings entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant requests the Detention Hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

☒ Government introduces evidence with testimony of __1__ witness(es) and rests.

☐ Defendant introduces evidence with testimony of ____ witness(es) and rests.

☐ Government   ☐ Defendant rest(s) without introducing evidence.

☒ Government   ☒ Defendant proffer(s) evidence and rests.

☒ Government   ☒ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☒ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of USM.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of USM pending execution of bond.

☐ Defendant remanded to the custody of USM.

*Govt. introduces exhibit; Govt. introduces photo Exhibits 1 and 2 for the Courts review. Gov. introduced and played a 12 min youtube.

As stated on the record Dft. is remanded to the custody of the U.S. Marshal with a delay of release pending Halfway House placement in Las Cruces. Dft. is released on $5,000.00 Bond with Conditions per Release Order.